UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY HITCH, MATTHEW LE BERE, DAVID WORSHAM, MICHAEL BENAVIDEZ, GARY JACKSON, EDDY SHELTON, SHERMAN GREEN, DARREL YOST, JUSTIN SHELTON, on behalf of themselves and others similarly situated,

    Plaintiffs,

    v.

SIMPLEX GRINNELL, LP, GRINNELL SIMPLEX FIRE PROTECTION, and DOES 1 to 30, inclusive,

    Defendant.
_____/

No. C 05-03235 MHP

**MEMORANDUM & ORDER**

    On July 11, 2005 plaintiffs Timothy Hitch, Matthew Le Bere, David Worsham, Michael Benavidez, Gary Jackson, Eddy Shelton, Sherman Green, Darrel Yost, and Justin Shelton brought this action against defendant Simplex Grinnell alleging violations of California Labor Code section 2810. Pending before this court is defendant's motion to dismiss for failure to state a claim. In a related action, Sprinklerfitters Union Local 709 et al v. Simplex Grinnell, LP et al, C 05-02469 MHP, this court granted defendant's motion to transfer venue to the Southern District pursuant to 28 U.S.C. section 1404(a).

    Although this court doubts the applicability of California Labor Code section 2810 in the present action, the transfer of the related action and the minimal contacts of the parties with the Northern District weigh against adjudication in this district. At the October 17, 2005 hearing, plaintiffs' counsel conceded that all of the individual plaintiffs, with the exception of Timothy Hitch,

1  are the same as those in the related action and that they are employed in and are residents of the
2  Southern District.  Although plaintiff Timothy Hitch resides in this district, as a non-employee of
3  defendant, his connection with the action is tenuous.  Essentially for the same reasons as set forth in
4  the related action, this court deems it proper to transfer the present action to the Southern District.
5  Accordingly, this action is hereby transferred to the Southern District on the court's own motion
6  pursuant to Local Rule 3-2(f).  N.D. Cal. Civil L.R. 3-2.
7      The Clerk of Court shall transfer the file to the Clerk of Court for the United States District
8  Court for the Southern District of California and close the case.
9      IT IS SO ORDERED.
10
11 Date:   October 26, 2005

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

2